Form 2

**FORM 2.   Notice of Appeal to the United States Court of Appeals for the Federal Circuit from a Judgment or Order of the UNITED STATES COURT OF FEDERAL CLAIMS**

FILED
DEC 22 2009
U.S. COURT OF FEDERAL CLAIMS

# United States Court of Federal Claims

Case Number 09-104C

Totolo/King Joint Venture    , Plaintiff,

v.     **NOTICE OF APPEAL**

United States,    Defendant.

Notice is hereby given that Totolo/King Joint Venture, Plaintiff (name all parties* taking the appeal) in the above named case hereby appeal to the United States Court of Appeals for the Federal Circuit from the Memorandum Opinion and Order (from the final judgment) ((from an order) (describe the order)) entered in this action on October 20, 2009 (date).

(Signature of appellant or attorney)
JAMES E. KRAUSE, P.A.
218 N. Newnan St., 4th Floor
Jacksonville, FL 32202

(Address of appellant or attorney)

*See Fed. R. App. P. 3(c) for permissible ways of identifying appellants.

108